MICHAEL R. LOZEAU, SBN 143892
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
(510)749-9102 / (510)749-9103 (facsimile)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD, SBN 168690
MICHAEL P. LYNES, SBN 230462
Law Offices of Andrew L. Packard
294 Page Street
San Francisco, CA 94102
(415)431-2970 / (415)431-0410 (facsimile)
E-mail: packardal@mindspring.com

Attorneys for Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>VALIMET, INC., a corporation,<br><br>            Defendant.<br>_____/ | CASE NO.  2:05-CV-02278 WBS/DAD<br><br>**REQUEST FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER** |

Plaintiff, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, by and through their undersigned attorney, hereby submits this request to continue the Status (Pre-Trial Scheduling) Conference in this matter.

A Status (Pre-Trial Scheduling) Conference is currently scheduled for February 3, 2006, at 9:00 a.m. Plaintiff has conferred telephonically and via e-mail with the Defendant regarding the

-1-

_____
Request for Continuance of (Pretrial Scheduling) Conference; Order
00410344.WPD

Status Conference, including drafting and circulating a proposed pretrial statement.  However, Defendant Valimet, Inc. has only recently been requested to waive service and is expected to execute a Waiver of Service of Summons but has not yet filed an appearance with the Court.  The parties had arranged to delay service because they are actively working together in an attempt to reach a resolution of this matter without the need to pursue litigation, including the costs of preparing an answer and otherwise initially responding to the lawsuit.  Given the status of service, Defendant Valimet, Inc. has indicated to counsel for Plaintiff that Defendant is not fully prepared to complete the preparation of a pretrial statement and that a continuance of the conference will allow them to make appropriate arrangements with their counsel.  In addition, the continuance of this conference will provide the parties the additional time required to reach a settlement, should a settlement be possible, again without incurring the costs of the initial litigation proceedings.

Accordingly, subsequent to conferring with the Defendant pursuant to Federal Rules of Civil Procedure, Rule 26, and discussing this requested continuance with their counsel, Plaintiff requests that the scheduled Status (Pre-Trial Scheduling) Conference be continued to April 10, 2006 at 9:00 a.m.   Plaintiff further requests that the Status (Pre-Trial Scheduling) Conference scheduled for February 3, 2006 be vacated.

Dated: January 20, 2006            LAW OFFICE OF MICHAEL R. LOZEAU

By   /s/
   Michael R. Lozeau
   Attorney for Plaintiff

# O R D E R

THE COURT, having considered the request of Plaintiff and good cause appearing therefore,

hereby approves Plaintiff's request and orders that the February 3, 2006 Status (Pre-Trial Scheduling) Conference be vacated.  A new Status (Pretrial) Scheduling Conference is scheduled for April 10, 2006 at 9:00 a.m.

    IT IS SO ORDERED.

Dated:  January 25, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE