1   MICHAEL R. LOZEAU (Cal. Bar No. 142893)
    Law Office of Michael R. Lozeau
2   1516 Oak Street, Suite 216
    Alameda, CA 94501
3   Tel: (510) 749-9102
    Fax: (510) 749-9103
4   E-mail: mrlozeau@lozeaulaw.com

5   ANDREW L. PACKARD (Cal. Bar No. 168690)
    MICHAEL P. LYNES (Cal. Bar No. 230462)
6   Law Offices of Andrew L. Packard
    319 Pleasant Street
7   Petaluma, CA  94952
    Tel:  (707) 763-7227
8   Fax:  (707) 763-9229
    E-mail:  andrew@packardlawoffices.com

9
    Attorneys for Plaintiff CALIFORNIA
10  SPORTFISHING PROTECTION ALLIANCE

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

14

    CALIFORNIA SPORTFISHING            Case No.  2:05-CV-02278-WBS-DAD
15  PROTECTION ALLIANCE, a non-profit
    corporation,                       **STIPULATION TO DISMISS**
16                                      **PLAINTIFFS' CLAIMS WITH**
               Plaintiff,              **PREJUDICE; [PROPOSED] ORDER**
17                                      **GRANTING DISMISSAL WITH**
    v.                                 **PREJUDICE [FRCP 41(a)(2)]**
18
    VALIMET, INC., a corporation,
19
               Defendant.
20

21      WHEREAS, on September 2, 2005 Plaintiff California Sportfishing Protection Alliance

22  ("CSPA") provided Defendant Valimet, Inc. ("Valimet") with a Notice of Violations and Intent to

23  File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

24      WHEREAS, on November 9, 2005 CSPA filed its Complaint against Valimet in this

25  Court, *California Sportfishing Protection Alliance v. Valimet, Inc.,* Case No. 2:05-CV-02278-

26  WBS-DAD.  Said Complaint incorporates by reference all of the allegations contained in CSPA's

27  Notice.

28

                                      1

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, CSPA and Valimet, through their authorized representatives and without

2  either adjudication of CSPA's claims or admission by Valimet of any alleged violation or other

3  wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set

4  forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further

5  litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement

6  Agreement") entered into by and between CSPA and Valimet is attached hereto as Exhibit D and

7  incorporated by reference.

8    WHEREAS, the parties submitted the Settlement Agreement via certified mail, return

9  receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45 day review

10 period set forth at 40 C.F.R. § 135.5 has completed.

11    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

12 parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice.

13 The parties respectfully request an order from this Court dismissing such claims with prejudice.

14 In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this

15 Court maintain jurisdiction over the parties through August 31, 2008 for the sole purpose of

16 resolving any disputes between the parties with respect to enforcement of any provision of the

17 Settlement Agreement.

18
19 Dated:  August 9, 2006                          LAW OFFICE OF MICHAEL R. LOZEAU

20
21                                                 By: _____

22                                                         Michael R. Lozeau
                                                          Attorney for Plaintiff

23 Dated:  August __, 2006                         DOWNEY BRAND LLP

24
25                                                 By: _____

26                                                         Melissa Thorme
                                                          Attorney for Defendant
27
28

2

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2

3

Good cause appearing, and the parties having stipulated and agreed,

4

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

5

claims against Defendant Valimet, Inc., as set forth in the Notice and Complaint filed in Case No.

6

2:05-CV-02278-WBS-DAD, are hereby dismissed with prejudice.

7

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties

8

through August 31, 2008 for the sole purpose of enforcing compliance by the parties of the terms

9

of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit D.

IT IS SO ORDERED

10

11

EASTERN DISTRICT COURT OF CALIFORNIA

12

13

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

DATED:  August 9, 2006

16

17

18

19

20

21

22

23

24

25

26

27

28

1

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com